PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Charles Torres    Cr.: 95-00147-001

Name of Sentencing Judicial Officer: William H. Walls

Date of Original Sentence: 11/21/95 (resentenced 03/17/00)

Original Offense: Bank Fraud - 18 U.S.C § 1344

Original Sentence 11/21/95: 24 months custody (Resentence 03/17/00: 11 months custody)

Type of Supervision: 5 years supervised release    Date Supervision Commenced: 06/07/01

Assistant U.S. Attorney: Deborah J. Gannett    Defense Attorney: Miles Feinstein

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states **'You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.'** |
| | Subject submitted a urine test on 04/20/05 for which laboratory analysis returned positive results for marijuana use. |
| 2 | The offender has violated the supervision condition which states **'As a condition of supervision, you are instructed to pay restitution in the amount of $6,000 to National Credit Union Administration; it shall be paid in the following manner: $100 per month.'** |
| | Subject failed to adhere to the court ordered restitution payment plan of $100 per month. The last payment received was in December 2004. His current balance is $2,100. |

| | |
|---|---|
| 3 | The offender has violated the supervision condition which states '**You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**' |

Subject failed to comply with the directions of his probation officer by refusing to undergo a mental health/anger management evaluation and/or attend anger management treatment.

| | |
|---|---|
| 4 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |

Subject failed to report to the probation office on 05/09/05; he failed to return phone messages left for him on 05/08/05, 05/14/05, 5/16/05, 05/23/05, & 05/24/05; and failed to contact our office after home visits on 05/26/05 and 05/31/05, at which time business cards with his aunt and mother respectively.

| | |
|---|---|
| 5 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |

Subject failed to submit his monthly supervision reports from December 2004 through May 2005.

I declare under penalty of perjury that the foregoing is true and correct.

By: Janice L. Fink
Senior U.S. Probation Officer

Date: 06/07/05

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

Date