PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Third Supplemental
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Charles Torres  Cr.: 95-00147-001

Name of Sentencing Judicial Officer: William H. Walls

Date of Original Sentence: 11/21/95 (resentenced 03/17/00)

Original Offense: Bank Fraud - 18 U.S.C § 1344

Original Sentence 11/21/95: 24 months custody (Resentenced 03/17/00: 11 months custody)

Type of Supervision: 5 years supervised release  Date Supervision Commenced: 07/06/01

Assistant U.S. Attorney: Deborah J. Gannett  Defense Attorney: Miles Feinstein

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 11 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |
| | The offender failed to report to the U.S. Probation Office on 04/20/06 and 05/18/06. The offender failed to submit his April monthly supervision report and has failed to respond to calls and letters. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Janice L. Fink
Senior U.S. Probation Officer

Date: 05/31/06

PROB 12C - Page 2
Charles Torres

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

_____
Date